B1 (Official Form 1) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CASIANO COMMUNICATIONS, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **66-0317998** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1700 AVE. FERNANDEZ JUNCOS SAN JUAN, PR**<br>ZIPCODE **00909** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Juan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX 12130 SAN JUAN, PR**<br>ZIPCODE **00914-0130** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1700 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR**<br>ZIPCODE **00909** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (04/13)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CASIANO COMMUNICATIONS, INC** |

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **CASIANO COMMUNICATIONS, INC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| **X** */s/ Gerardo A. Carlo Altieri*<br>Signature of Attorney for Debtor(s)<br><br>**Gerardo A. Carlo Altieri 112009**<br>**G.A. Carlo-Altieri & Associates**<br>**254 Calle De San Jose, Third Floor**<br>**San Juan, PR  00901**<br>**(787) 919-0026  Fax: (787) 919-0527**<br>**gaclegal@gmail.com**<br><br>**October  3, 2014**<br>Date<br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | **X** _____<br>Signature<br><br>_____<br>Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ MANUEL A. CASIANO ASENCIO*<br>Signature of Authorized Individual<br><br>**MANUEL A. CASIANO ASENCIO**<br>Printed Name of Authorized Individual<br><br>**CHAIRMAN & CEO**<br>Title of Authorized Individual<br><br>**October  3, 2014**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **CASIANO COMMUNICATIONS, INC** _____ Case No. _____
                                    Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

All Other Names used by the Debtor in the last 8 years:

**CASIANO COMMUNICATIONS**
**CCI**
**MANUEL A. CASIANO, INC.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CASIANO
# COMMUNICATIONS

### CORPORATE RESOLUTION

I, Nora Casiano, of legal age, married, Secretary of Casiano Communications Inc, and resident of San Juan, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting celebrated on September 16, 2014 the Board of Directors of Casiano Communications Inc. agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.
2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.
3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.
4. That it was also agreed that the services of Attorney Gerardo Carlo Altieri would be retained for such purposes.
5. That it was also agreed that Manuel A. Casiano President, will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs, and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 3rd day of October, 2014.

By: __NORA  A. CASIANO__

Nora Casiano, Secretary.

Affidavit No. __1030__

Sworn and signed before me by Nora Casiano of legal age, married, Secretary of Direct ResponSource, Inc., and from the vicinity of San Juan, Puerto Rico, who is personally known to me.

Today, the 3rd day of October 2014, at San Juan, Puerto Rico.

Notary Public

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                          Case No. _____

**CASIANO COMMUNICATIONS, INC** _____ Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **PUERTO RICO DEPARTMENT OF TREASURY**<br>**Bankruptcy Division**<br>**PO BOX 9024140**<br>**SAN JUAN, PR  00902-4140** | | | | **2,359,440.00** |
| **PUBLISHERS PRESS INCORPORATED**<br>**PO BOX 37500**<br>**LOUISVILLE, KY  40233** | **1(800) 214-0828** | | | **1,924,738.00** |
| **EDITORA DE REVISTAS, S.A.**<br>**CALLE PASEO DE LOS PERIODISTAS #52**<br>**SANTO DOMINGO, RD,** | **(809) 686-6688** | | | **432,960.00** |
| **AIDA MARQUEZ**<br>**PO BOX 363573**<br>**SAN JUAN, PR  00936-3573** | **(787) 525-8620** | | | **320,000.00** |
| **INTERNAL REVENUE SERVICE**<br>**Bankruptcy Division**<br>**CITY VIEW PLAZA II Bldg. #48, CARR 165**<br>**GUAYNABO, PR  00968-8000** | | | | **256,577.00** |
| **GREENBERG**<br>**C/O MADUCA MEDIA**<br>**16 EAST 52 ST**<br>**NEW YORK, NY  10022** | | | | **225,197.00** |
| **SANTOS ALONSO**<br>**PO BOX 3389**<br>**MAYAGUEZ, PR  00681-3389** | **(787) 834-2695** | | | **214,641.00** |
| **RUBEN LUGO**<br>**151 WEIDMANN CT.**<br>**OLDTAPAN, NJ  07675** | | | | **200,000.00** |
| **CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR  00919-5387** | | | | **194,787.00** |
| **BIRD, BIRD & HESTRESS**<br>**PO BOX 9024040**<br>**SAN JUAN, PR  00902-4040** | **(787) 721-0190** | | | **177,633.00** |
| **SAN JUAN MUNICIPALITY**<br>**P.O. Box 4355**<br>**SAN JUAN, PR  00901** | | | | **140,895.00** |
| **GUILLERMO MARTINEZ**<br>**PO BOX 365051**<br>**SAN JUAN, PR  00936** | | | | **106,663.00** |
| **ALBACROME**<br>**Vipsal 2621**<br>**PO BOX 025364**<br>**MIAMI, FL  33102-5364** | **SHARAIZ VISUETTE**<br>**(507) 300-7900** | | | **95,075.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **NEW CENTURY FINANCE**<br>**PO BOX 191636**<br>**SAN JUAN, PR  00919-1636**<br>**(787) 281-1939** | **70,910.00** |
| **RAFAEL A ROCA**<br>**PO BOX 9024072**<br>**SAN JUAN, PR  00902-4072**<br>**(787) 722-1758** | **69,759.00** |
| **PUERTO RICO DEPARTMENT OF LABOR**<br>**Legal Division**<br>**PO BOX 195540**<br>**SAN JUAN, PR  00919-5540** | **64,911.00** |
| **THE MEDIA SERVICES GROUP**<br>**12559 PULVER ROAD**<br>**BURLINGTON, WA  98233**<br>**(203) 921-1771** | **64,205.00** |
| **CURTIS MAGAZINE DISTRIBUTOR** | **59,337.00** |
| **INTERNATIONAL CIRCULATION SERVICES**<br>**2500 MCCLELLAN AVE**<br>**PENNSAUKEN, NJ  08109**<br>**(856) 910-2001** | **58,711.00** |
| **BANCO POPULAR DE PR**<br>**CREDIT CARD DIV**<br>**PO BOX 363228**<br>**SAN JUAN, PR  00936-3228** | **51,717.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October  3, 2014**        Signature:  ***/s/ MANUEL A. CASIANO ASENCIO***

**MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                          Case No. _____

__CASIANO COMMUNICATIONS, INC_____    Chapter **11**_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 2,154,491.25 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 21 | | $ 2,938,014.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ 5,558,514.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 46 | $ 2,154,491.25 | $ 8,496,528.71 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **CASIANO COMMUNICATIONS, INC** _____   Case No. _____
Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **CASIANO COMMUNICATIONS, INC**      Case No. _____
Debtor(s)                       (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING (PAYROLL) ACCOUNT #7916786585 ORIENTAL BANK HATO REY BRANCH PO BOX 364745 SAN JUAN, PR 00936-4745 | | 0.00 |
| | | CHECKING ACCOUNT #7998383166 ORIENTAL BANK HATO REY BRANCH PO BOX 364745 SAN JUAN, PR 00936-4745 | | 195,585.44 |
| | | CHECKING/SAVINGS ACCOUNT #022-124373 BANCO POPULAR DE PR POPULAR CENTER BRANCH POR BOX 362708 SAN JUAN, PR 00936-2708 | | 732.25 |
| | | CHECKING/SAVINGS ACCOUNT #030-102383 BANCO POPULAR DE PR POPULAR CENTER BRANCH POR BOX 362708 SAN JUAN, PR 00936-2708 | | 8,759.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SECURITY DEPOSIT AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS ACCOUNT #000211453295 PROPERTY LOCATED AT 1658 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR | | 500.00 |
| | | SECURITY DEPOSIT AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS ACCOUNT #000217289610 PROPERTY LOCATED AT 1660 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR | | 2,000.00 |
| | | SECURITY DEPOSIT AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS ACCOUNT #000211452859 PROPERTY LOCATED AT 1702 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR | | 100.00 |
| | | SECURITY DEPOSIT AUTORIDAD ENERGIA ELECTRICA ACCOUNT #3805232000 PROPERTY LOCATED AT 1700 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR | | 24,000.00 |
| | | SECURITY DEPOSIT AUTORIDAD ENERGIA ELECTRICA | | 27,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

**IN RE** **CASIANO COMMUNICATIONS, INC**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | ACCOUNT #14044232000 PROPERTY LOCATED AT 1660 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR | | |
| | | SECURITY DEPOSIT AUTORIDAD ENERGIA ELECTRICA ACCOUNT #3969332000 PROPERTY LOCATED AT 1660 CALLE VICTORIA, SAN JUAN, PR | | 396.87 |
| | | SECURITY DEPOSIT AUTORIDAD ENERGIA ELECTRICA ACCOUNT #2669332000 PROPERTY LOCATED AT 752 CALLE MURGIA, PARADA 24, SAN JUAN, PR | | 458.50 |
| | | SECURITY DEPOSIT AUTORIDAD ENERGIA ELECTRICA ACCOUNT #4604232000 PROPERTY LOCATED AT 761 SAN JOSE, SAN JUAN, PR | | 458.50 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | AMOUNTS DUE BY CLIENTS OF CASIANO COMMUNICATIONS | | 1,756,019.24 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) – Cont.**

**IN RE** **CASIANO COMMUNICATIONS, INC** Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | SOFTWARE PROGRAMS AND LICENSES | | 2,218.52 |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | FURNITURE & FIXTURES | | 38,494.79 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | COMPUTER EQUIPMENTS | | 64,653.86 |
| | | PHOTOGRAPHIC EQUIPMENT | | 6,360.96 |
| | | TELEPHONE SYSTEM | | 26,752.85 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                  Case No. _____
_____                                                      _____
                         Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,154,491.25** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

IN RE **CASIANO COMMUNICATIONS, INC** _____  Case No. _____
                            Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **CASIANO COMMUNICATIONS, INC**                                    Case No. _____
_____                                    _____
Debtor(s)                                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) — $ | $

Total (Use only on last page) — $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **CASIANO COMMUNICATIONS, INC** _____     Case No. _____
Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **20** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                      Case No. _____
_____
Debtor(s)                                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ADRIAN VILLET** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **205.53** | **205.53** | |
| ACCOUNT NO. **AGNES ROMERO JUAREZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **342.00** | **342.00** | |
| ACCOUNT NO. **AMNELIS RIVERA SOTO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **300.04** | **300.04** | |
| ACCOUNT NO. **ANA ESPINET** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **2,412.77** | **2,412.77** | |
| ACCOUNT NO. **ANA FONTANEZ MENDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **2,943.18** | **2,943.18** | |
| ACCOUNT NO. **ANA LLUCH** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,129.81** | **1,129.81** | |

Sheet no. __**1**__ of __**20**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **7,333.33** $ **7,333.33** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                         Case No. _____
                                   Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ANA MALDONADO RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,268.89 | 1,268.89 | |
| ACCOUNT NO. <br> **ANGEL PADILLA RAMIREZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,038.86 | 1,038.86 | |
| ACCOUNT NO. <br> **ANNETTE OLIVERAS** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 278.70 | 278.70 | |
| ACCOUNT NO. <br> **ANTONIO HERNANDEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,808.05 | 1,808.05 | |
| ACCOUNT NO. <br> **ARNALDO RIVERA BRANA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 3,260.02 | 3,260.02 | |
| ACCOUNT NO. <br> **AYLEEN ANQUEIRA RIVERA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,539.10 | 1,539.10 | |

Sheet no. **2** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)       $ 9,193.62   $ 9,193.62   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)       $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)       $       $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** CASIANO COMMUNICATIONS, INC                              Case No. _____
_____
Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BLANCA SANTIAGO RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 4,348.66 | 4,348.66 | |
| ACCOUNT NO.<br>**BLANE MCLANE** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 2,929.53 | 2,929.53 | |
| ACCOUNT NO.<br>**CARLOS LABOY** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 2,824.02 | 2,824.02 | |
| ACCOUNT NO.<br>**CARLOS PENA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 76.00 | 76.00 | |
| ACCOUNT NO.<br>**CARLOS ROM** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 4,053.85 | 4,053.85 | |
| ACCOUNT NO.<br>**CAROLE ABREU** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | 741.10 | 741.10 | |

Sheet no. __3__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **14,973.16**   $ **14,973.16**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                     Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CAROLINE PEREZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,139.63 | 3,139.63 | |
| ACCOUNT NO.<br>**CHERYL LAMBOGLIA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,375.01 | 3,375.01 | |
| ACCOUNT NO.<br>**CHRISTINA M. CAMAYD ROMERO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 137.00 | 137.00 | |
| ACCOUNT NO.<br>**DANIEL ROSADO RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,412.31 | 1,412.31 | |
| ACCOUNT NO.<br>**DENNIS A. COSTA PACHECO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,561.16 | 1,561.16 | |
| ACCOUNT NO.<br>**DENNIS CHAPARRO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 654.23 | 654.23 | |

Sheet no. __4__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 10,279.34 | $ 10,279.34 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

**IN RE** CASIANO COMMUNICATIONS, INC

Case No. _____

Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

---

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DIANA MENDEZ RODRIGUEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 333.10 | 333.10 | |
| ACCOUNT NO.<br>DOLMARIE MONGE | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,061.11 | 1,061.11 | |
| ACCOUNT NO.<br>EDGARDO TORRES | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 974.61 | 974.61 | |
| ACCOUNT NO.<br>EDUARDO PACHECO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,370.88 | 1,370.88 | |
| ACCOUNT NO.<br>EIRA Y. CANALES | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 637.00 | 637.00 | |
| ACCOUNT NO.<br>ELENA I. DIAZ GALINDEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,292.16 | 1,292.16 | |

Sheet no. __5__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 5,668.86  $ 5,668.86  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) — Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ELENA MENENDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,924.30 | 2,924.30 | |
| ACCOUNT NO. <br> **ELISA M. VARGAS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 951.86 | 951.86 | |
| ACCOUNT NO. <br> **ELIZABETH RODRIGUEZ FLORES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 125.30 | 125.30 | |
| ACCOUNT NO. <br> **ENID RIVERA AVILES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,932.57 | 3,932.57 | |
| ACCOUNT NO. <br> **ETHEL SANTANA DIAZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 465.08 | 465.08 | |
| ACCOUNT NO. <br> **EVALNGELINA MERCADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,078.62 | 1,078.62 | |

Sheet no. **6** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **9,477.73** $ **9,477.73** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                                    $                    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **FRANCIS LOPEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,266.17 | 3,266.17 | |
| ACCOUNT NO. <br> **GARY BONDERENKO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,201.31 | 1,201.31 | |
| ACCOUNT NO. <br> **GLENDALY HERNANDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 6,603.32 | 6,603.32 | |
| ACCOUNT NO. <br> **HECTOR GUILLEN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 917.83 | 917.83 | |
| ACCOUNT NO. <br> **HECTOR MONCLOVA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,689.22 | 1,689.22 | |
| ACCOUNT NO. <br> **HERIBERTO RODRIGUEZ DIAZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 392.36 | 392.36 | |

Sheet no. **7** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **14,070.21** $ **14,070.21** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **CASIANO COMMUNICATIONS, INC**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **IRMA CORDERO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,575.12 | 2,575.12 | |
| ACCOUNT NO. **ISABEL SANZ DE ARELLANO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 648.28 | 648.28 | |
| ACCOUNT NO. **IVAN RAMIREZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 436.05 | 436.05 | |
| ACCOUNT NO. **IVELISSE SILVER** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 377.35 | 377.35 | |
| ACCOUNT NO. **IVETTE ALVARADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 173.68 | 173.68 | |
| ACCOUNT NO. **IVETTE TORRES TORRES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 375.36 | 375.36 | |

Sheet no. **8** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,585.84** $ **4,585.84** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                                    Case No. _____
_____Debtor(s)_____                                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **JACKELINE MATOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **659.96** | **659.96** | |
| ACCOUNT NO. **JAIME OYOLA CORDOVA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **4,054.80** | **4,054.80** | |
| ACCOUNT NO. **JAVISH SANTANA MALDONADO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **1,370.45** | **1,370.45** | |
| ACCOUNT NO. **JOCELYN DELGADO RIVERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **1,356.84** | **1,356.84** | |
| ACCOUNT NO. **JOHN P. MARINO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **843.75** | **843.75** | |
| ACCOUNT NO. **JORGE PENA DE JESUS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | X | | **3,434.63** | **3,434.63** | |

Sheet no. __9__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **11,720.43**  $ **11,720.43**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** CASIANO COMMUNICATIONS, INC                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JOSE A. CARRASCO MOJICA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 144.20 | 144.20 | |
| ACCOUNT NO.<br>JOSE A. COLON GONZALEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 777.22 | 777.22 | |
| ACCOUNT NO.<br>JOSE E. ROMAN PINELA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 280.14 | 280.14 | |
| ACCOUNT NO.<br>JOSE L CARMONA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 3,726.10 | 3,726.10 | |
| ACCOUNT NO.<br>JUANA GUERRERO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,298.04 | 1,298.04 | |
| ACCOUNT NO.<br>KEVIN MEAD | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 2,006.31 | 2,006.31 | |

Sheet no. **10** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 8,232.01 | $ 8,232.01 | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** CASIANO COMMUNICATIONS, INC      Case No. _____
       Debtor(s)                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LAURA NAZARIO CINTRON** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,998.26 | 1,998.26 | |
| ACCOUNT NO. <br> **LEONARDO THILLET** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 263.21 | 263.21 | |
| ACCOUNT NO. <br> **LILLIAN PEREZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 3,549.70 | 3,549.70 | |
| ACCOUNT NO. <br> **LINDA STOCKTON DARCY** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,020.58 | 1,020.58 | |
| ACCOUNT NO. <br> **LISSA GARCIA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 131.40 | 131.40 | |
| ACCOUNT NO. <br> **LIZZETTE LOPEZ** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,763.01 | 1,763.01 | |

Sheet no. **11** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims       Subtotal
(Totals of this page)    $ **8,726.16**   $ **8,726.16**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)        $     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13) – Cont.**

**IN RE** <u>CASIANO COMMUNICATIONS, INC</u>     Case No. _____
Debtor(s)                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LORNA CABRERA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **480.01** | **480.01** | |
| ACCOUNT NO.<br>**LOUIS DELIZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **3,959.37** | **3,959.37** | |
| ACCOUNT NO.<br>**LUIS VAZQUEZ VALLEJO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **2,089.82** | **2,089.82** | |
| ACCOUNT NO.<br>**LUZ STELLA CORDOVA PRIETO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,207.55** | **1,207.55** | |
| ACCOUNT NO.<br>**MABEL MENDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **258.97** | **258.97** | |
| ACCOUNT NO.<br>**MAIRIM RODRIGUEZ DIAZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **348.85** | **348.85** | |

Sheet no. **12** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **8,344.57** | $ **8,344.57** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) – Cont.

**IN RE** CASIANO COMMUNICATIONS, INC
Debtor(s)                                     Case No. _____
                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____**Wages, salaries, and commissions**_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MANOLY PONCE | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 8,408.71 | 8,408.71 | |
| ACCOUNT NO.  MANUEL LOPEZ AMADOR | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 646.37 | 646.37 | |
| ACCOUNT NO.  MARIA DE LOS ANGELES SANCHEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 1,256.49 | 1,256.49 | |
| ACCOUNT NO.  MARIA DFEL MAR DONIS RODRIGUEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 2,049.40 | 2,049.40 | |
| ACCOUNT NO.  MARIA LANZA | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 1,383.23 | 1,383.23 | |
| ACCOUNT NO.  MARIA ROGER | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 1,085.20 | 1,085.20 | |

Sheet no. __13__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 14,829.40 $ 14,829.40 $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** CASIANO COMMUNICATIONS, INC
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **MARIANA VIVONI TRIGO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,081.07 | 1,081.07 | |
| ACCOUNT NO. <br><br> **MARIANELA ROSARIO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,234.55 | 1,234.55 | |
| ACCOUNT NO. <br><br> **MARICRUZ ORTIZ MENDEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 652.32 | 652.32 | |
| ACCOUNT NO. <br><br> **MARILDA QUINONES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 159.52 | 159.52 | |
| ACCOUNT NO. <br><br> **MARIO BELAVAL** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,059.23 | 1,059.23 | |
| ACCOUNT NO. <br><br> **MARTA PACHECHO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,235.07 | 1,235.07 | |

Sheet no. __14__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **5,421.76** $ **5,421.76** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $      $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                    Case No. _____
                           Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MATTEO BECCE** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,726.40 | 2,726.40 | |
| ACCOUNT NO.<br>**MAX CARRANZA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,183.53 | 2,183.53 | |
| ACCOUNT NO.<br>**MICHELLE ORTIZ COLON** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 921.19 | 921.19 | |
| ACCOUNT NO.<br>**MIGUEL A. VELEZ YEPES** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,467.48 | 1,467.48 | |
| ACCOUNT NO.<br>**MIGUEL AVILES RODRIGUEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,985.40 | 1,985.40 | |
| ACCOUNT NO.<br>**MONSERRATE IRIZARRY** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,839.94 | 1,839.94 | |

Sheet no. **15** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 11,123.94 | $ 11,123.94 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **CASIANO COMMUNICATIONS, INC**
_____ Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MYRNA PINTADO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 777.57 | 777.57 | |
| ACCOUNT NO. **NEDDA PERALES** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 3,346.46 | 3,346.46 | |
| ACCOUNT NO. **NELSON ASENCIO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 1,850.35 | 1,850.35 | |
| ACCOUNT NO. **NERIDA ALVAREZ VILLAFANE** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 415.80 | 415.80 | |
| ACCOUNT NO. **NINOSHKA VARGAS FIGUEROA** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 272.75 | 272.75 | |
| ACCOUNT NO. **NOEMMY AGOSTO** | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | | X | 503.13 | 503.13 | |

Sheet no. **16** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **7,166.06** $ **7,166.06** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** **CASIANO COMMUNICATIONS, INC**                                    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>OLGA L. GONZALEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 995.07 | 995.07 | |
| ACCOUNT NO.<br>OLGA RIVERA VAZQUEZ | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 1,283.79 | 1,283.79 | |
| ACCOUNT NO.<br>PHILLIPE SCHOENE | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 3,323.48 | 3,323.48 | |
| ACCOUNT NO.<br>RACHEL ROMAN LUGO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 260.91 | 260.91 | |
| ACCOUNT NO.<br>RENE BENVENUTTI | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 5,963.11 | 5,963.11 | |
| ACCOUNT NO.<br>ROBERT COLBERG ORENGO | | | ACCUMULATED VACATIONS AS OF 8-31-2014 | | X | | 479.75 | 479.75 | |

Sheet no. __17__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)     $ **12,306.11**  $ **12,306.11**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $                $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13) – Cont.**

IN RE **CASIANO COMMUNICATIONS, INC**                    Case No. _____
_____
Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ROBERTO SOTO SANTIESTEBAN** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,069.95 | 3,069.95 | |
| ACCOUNT NO.<br>**ROSARIO FAJARDO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 973.56 | 973.56 | |
| ACCOUNT NO.<br>**SANDRA ESPADA** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,754.10 | 2,754.10 | |
| ACCOUNT NO.<br>**SANDRA LOPEZ GONZALEZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 1,444.53 | 1,444.53 | |
| ACCOUNT NO.<br>**SERGIO CEDENO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 2,189.72 | 2,189.72 | |
| ACCOUNT NO.<br>**TAMARA ORTIZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | 3,022.79 | 3,022.79 | |

Sheet no. __**18**__ of __**20**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **13,454.65** $ **13,454.65** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE __CASIANO COMMUNICATIONS, INC__
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TERESA CARPINTERO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **444.80** | **444.80** | |
| ACCOUNT NO.<br>**TERESITA HEYDRICH BLANCO** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **1,356.85** | **1,356.85** | |
| ACCOUNT NO.<br>**VIVIAN BIRD** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **782.16** | **782.16** | |
| ACCOUNT NO.<br>**WANDA CEBALLOS** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **398.22** | **398.22** | |
| ACCOUNT NO.<br>**XAVIRA NEGGERS CRESCIONI** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **846.12** | **846.12** | |
| ACCOUNT NO.<br>**ZARAHI CRUZ** | | | **ACCUMULATED VACATIONS AS OF 8-31-2014** | | | X | **367.17** | **367.17** | |

Sheet no. __19__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,195.32** $ **4,195.32** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE **CASIANO COMMUNICATIONS, INC**
Debtor(s)                                                   Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **INTERNAL REVENUE SERVICE** Bankruptcy Division CITY VIEW PLAZA II Bldg. #48, CARR 165 GUAYNABO, PR  00968-8000 | | | **TAXES** | | | | 256,577.00 | 256,577.00 | |
| ACCOUNT NO. **PUERTO RICO DEPARTMENT OF TREASURY** Bankruptcy Division PO BOX 9024140 SAN JUAN, PR  00902-4140 | | | **On Payment Plan as of 8/15/14** | | | | 2,359,440.00 | 2,359,440.00 | |
| ACCOUNT NO. **SAN JUAN MUNICIPALITY** P.O. Box 4355 SAN JUAN, PR  00901 | | | **MUNICIPAL TAXES** | | | | 140,895.00 | 140,895.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **20** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,756,912.00**  $ **2,756,912.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **2,938,014.50**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,938,014.50**  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **CASIANO COMMUNICATIONS, INC**        Case No. _____

          Debtor(s)                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**360 GROUP DESIGN**<br>**PMB 1362 #35 JUAN C BORBON #67**<br>**GUAYNABO, PR 00969** | | | | | | | 298.00 |
| ACCOUNT NO. **2701**<br>**ACCPAC INTERNATIONAL**<br>**SAGE SOFTWARE, INC**<br>**PO BOX 60000**<br>**SAN FRANCISCO, CA 94160** | | | | | | | 3,865.00 |
| ACCOUNT NO.<br>**ADVERTISING DEVELOPERS**<br>**URB JB HUYKE 373 AVE HOSTOS**<br>**SAN JUAN, PR 00918-2321** | | | **ADVERTISING SERVICES** | | | | 4,638.00 |
| ACCOUNT NO.<br>**AG SECURITY SYSTEMS, INC.**<br>**PMB 316 #1353 CARR 19**<br>**GUAYNABO, PR 00965-2700** | | | **SECURITY SERVICES** | | | | 180.00 |

    **15** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ | 8,981.00 |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**         Case No. _____

Debtor(s)              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AIDA MARQUEZ**<br>**PO BOX 363573**<br>**SAN JUAN, PR 00936-3573** | | | **LOAN PLUS INTERESTS** | | | | **320,000.00** |
| ACCOUNT NO.<br>**ALBACROME**<br>**Vipsal 2621**<br>**PO BOX 025364**<br>**MIAMI, FL 33102-5364** | | | **PRINTING SERVICES** | | | | **95,075.00** |
| ACCOUNT NO.<br>**ALLIED CAR & TRUCK RENTAL**<br>**10200 CALLE CELESTIAL**<br>**CAROLINA, PR 00979** | | | **CAR RENTAL** | | | | **469.00** |
| ACCOUNT NO. **IPLE**<br>**ALLIED WASTE SERVICES**<br>**PO BOX 51986**<br>**TOA BAJA, PR 00950-1986** | | | **WASTE SERVICES**<br>**ACCOUNT NUMBERS 3-0812-1015080 AND 3-0812-0101787** | | | | **373.00** |
| ACCOUNT NO. **7530**<br>**ARCHILLA PAPER**<br>**PO BOX 364253**<br>**SAN JUAN, PR 00936-4253** | | | **PRINTING SERVICES** | | | | **848.00** |
| ACCOUNT NO.<br>**ASTROMUNDO, INC.**<br>**352 AVE SAN CLAUDIO SUITE 215**<br>**SAN JUAN, PR 00926** | | | | | | | **1,500.00** |
| ACCOUNT NO. **IPLE**<br>**AT&T MOBILITY PUERTO RICO**<br>**PO BOX 70261**<br>**SAN JUAN, PR 00936-8261** | | | **CELLULAR SERVICES**<br><br>**ACCOUNT NUMBERS: PR0003506077 /**<br>**PR0003506233 / PR0003550723** | | | | **7,050.00** |

Sheet no. **1** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **425,315.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

**B6F (Official Form 6F) (12/07) – Cont.**

IN RE **CASIANO COMMUNICATIONS, INC**       Case No. _____

Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3295** <br> **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO** <br> **PO BOX 70101** <br> **SAN JUAN, PR 00936-8101** | | | **WATER UTILITIES AT PROPERTY LOCATED AT 1658 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR** | | | | **0.00** |
| ACCOUNT NO. **9610** <br> **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO** <br> **PO BOX 70101** <br> **SAN JUAN, PR 00936-8101** | | | **WATER UTILITIES AT PROPERTY LOCATED AT 1660 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR** | | | | **0.00** |
| ACCOUNT NO. **2859** <br> **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO** <br> **PO BOX 70101** <br> **SAN JUAN, PR 00936-8101** | | | **WATER UTILITIES AT PROPERTY LOCATED AT 1702 AVE. FERNANDEZ JUNCOS, SAN JUAN, PR** | | | | **0.00** |
| ACCOUNT NO. **IPLE** <br> **AUTORIDAD DE ENERGIA ELECTRICA** <br> **BANKRUPTCY DIV.** <br> **PO BOX 36358** <br> **SAN JUAN, PR 00936-3508** | | | **ELECTRICITY UTILITIES** <br> **ACCOUNT NUMBERS: 1404232000 / 3969332000 / 2669332000 / 4604232000 / 3805232000** | | | | **44,715.21** |
| ACCOUNT NO. <br> **AVCO THE AUDIOVISUAL COMPANY** <br> **LE MANS OFFICE BLDG SUITE 702 MUNOZ RIVE** <br> **SAN JUAN, PR 00918** | | | | | | | **3,250.00** |
| ACCOUNT NO. **0100** <br> **BAHIA URBANA** <br> **PO BOX 191638** <br> **SAN JUAN, PR 00919-1638** | | | | | | | **500.00** |
| ACCOUNT NO. **7467** <br> **BANCO POPULAR DE PR** <br> **CREDIT CARD DIV** <br> **PO BOX 363228** <br> **SAN JUAN, PR 00936-3228** | | | **MASTER CARD BLACK** | | | | **51,717.00** |

Sheet no. **2** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **100,182.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                     Case No. _____
                  Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6872** <br> **BANCO POPULAR DE PR** <br> **CREDIT CARD DIV** <br> **PO BOX 70100** <br> **SAN JUAN, PR  00936-7100** | | | CREDIT CARD | | | | 21,132.00 |
| ACCOUNT NO. **4487** <br> **BANCO POPULAR DE PR** <br> **CREDIT CARD DIV** <br> **PO BOX 363228** <br> **SAN JUAN, PR  00936-3228** | | | MASTER CARD BLACK | | | | 1.00 |
| ACCOUNT NO. <br> **BIRD, BIRD & HESTRESS** <br> **PO BOX 9024040** <br> **SAN JUAN, PR  00902-4040** | | | SERVICE | | | | 177,633.00 |
| ACCOUNT NO. <br> **BONNIE G DOYLE** | | | | | | | 2,450.00 |
| ACCOUNT NO. **IANO** <br> **C-G PRINTING** <br> **CALL BOX 30000 SUITE 5566** <br> **CANOVANAS, PR  00729** | | | PRINTING SERVICES | | | | 22,988.00 |
| ACCOUNT NO. **IANO** <br> **CAMARA DE COMERCIO DE PUERTO RICO** <br> **PO BOX 9024033** <br> **SAN JUAN, PR  00902-4033** | | | | | | | 830.00 |
| ACCOUNT NO. **1037** <br> **CARIBBEAN INTERNET** <br> **PO BOX 11278** <br> **SAN JUAN, PR  00910** | | | SERVICE | | | | 3,800.00 |

Sheet no. __**3**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **228,834.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CASIANO COMMUNICATIONS, INC                                    Case No. _____
                          Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8700**<br>**CARIBBEAN MANAGEMENT, LLC**<br>**8167 NW 84TH ST**<br>**MEDLEY, FL 33166** | | | SERVICES | | | | 19,066.00 |
| ACCOUNT NO. **S001**<br>**CARIBEX WORLDWIDE**<br>**PO BOX 250460**<br>**AGUADILLA, PR 00604** | | | SERVICES | | | | 26,459.00 |
| ACCOUNT NO.<br>**CARLOS ROMERO BARCELO**<br>**PO BOX 364351**<br>**SAN JUAN, PR 00936-4351** | | | | | | | 13,000.00 |
| ACCOUNT NO. **CACI**<br>**COLONIAL PRESS INTERNATIONAL**<br>**3690 NW 50TH STREET**<br>**MIAMI, FL 33142** | | | | | | | 10,000.00 |
| ACCOUNT NO. **IPLE**<br>**CORTELCO SYSTEMS, INC**<br>**PO BOX 5249**<br>**CAGUAS, PR 00726-5249** | | | SERVICES<br><br>**ACCOUNT NUMBERS: R00224 / R00225 / R00222** | | | | 4,081.00 |
| ACCOUNT NO.<br>**CORTES INDUSTRIAL ORGANIZATION**<br>**PO BOX 41264**<br>**SAN JUAN, PR 00940** | | | | | | | 15,000.00 |
| ACCOUNT NO.<br>**CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR 00919-5387** | | | PROPERTY TAX | | | | 194,787.00 |

Sheet no. __4__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 282,393.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** **CASIANO COMMUNICATIONS, INC**                        Case No. _____
<br>_____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CURTIS MAGAZINE DISTRIBUTOR** | | | | | | | 59,337.00 |
| ACCOUNT NO.<br>**DAMARIS BLOOM**<br>**PO BOX 11320**<br>**SAN JUAN, PR  00922** | | | | | | | 16,883.00 |
| ACCOUNT NO. **7148**<br>**DELL WORLD TRADE LP**<br>**PO BOX 534118**<br>**ATLANTA, GA  30353-4118** | | | **SERVICE** | | | | 3,527.00 |
| ACCOUNT NO. **IPLE**<br>**DELTA DENTAL**<br>**METRO OFFICE PARK 14 CALLE 2 SUITE 200**<br>**GUAYNABO, PR  00968** | | | **DENTAL INSURANCE**<br><br>**ACCOUNT NUMBERS: 54-8231300001 / 54-8231309999** | | | | 1,803.00 |
| ACCOUNT NO. **5520**<br>**EDITORA DE REVISTAS, S.A.**<br>**CALLE PASEO DE LOS PERIODISTAS #52**<br>**SANTO DOMINGO, RD,** | | | **PRINTING SERVICES** | | | | 432,960.00 |
| ACCOUNT NO. **0253**<br>**ELECTRA WHAREHOUSE**<br>**4 VIEQUES ST**<br>**HATO REY, PR  00917** | | | **SERVICES** | | | | 40,365.00 |
| ACCOUNT NO. **0418**<br>**ELECTRIC SERVICE CORP.**<br>**PO BOX 191921**<br>**HATO REY, PR  00919-1921** | | | **SERVICES** | | | | 5,538.00 |

Sheet no. **5** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **560,413.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **012** <br> ELECTROSERVICIOS ESPECIALIZADOS <br> AVE ESCORIAL 354 CAPARRAHEIGHTS <br> SAN JUAN, PR 00920 | | | SERVICES | | | | 613.00 |
| ACCOUNT NO. <br> ELEMENT <br> CALLE 18 SE #807 CAPARRA TERRACE <br> SAN JUAN, PR 00921 | | | | | | | 8,350.00 |
| ACCOUNT NO. <br> ELEVATOR SPECIALTY GROUP, INC. <br> PO BOX 19382 <br> SAN JUAN, PR 00910-1382 | | | | | | | 1,000.00 |
| ACCOUNT NO. <br> EMILIO E PINERO FERRER <br> PO BOX 13614 <br> SAN JUAN, PR 00908 | | | | | | | 8,425.00 |
| ACCOUNT NO. <br> EMPRESAS STEWART <br> PO BOX 11187 <br> SANTURCE, PR 00910-2287 | | | | | | | 14,560.00 |
| ACCOUNT NO. <br> EOS EVENTS, INC. <br> 50 CALLE PASEO COVADONGA <br> SAN JUAN, PR 00901 | | | | | | | 4,085.00 |
| ACCOUNT NO. <br> EPIC MODELS INC. <br> D-7 CALLE MIRAMONTES LOS FRAILES <br> GUAYNABO, PR 00969 | | | SERVICES | | | | 700.00 |

Sheet no. **6** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,733.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **CASIANO COMMUNICATIONS, INC**      Case No. _____

       Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0624** <br> **FACSIMILE PAPER CONN CORP** <br> **GPO BOX 363122** <br> **SAN JUAN, PR 00936** | | | SERVICES | | | | 520.00 |
| ACCOUNT NO. **4081** <br> **FEDERAL EXPRESS CORPORATION** <br> **PO BOX 371461** <br> **PITTSBURG, PA 15250-7461** | | | PARCEL SERVICE | | | | 606.00 |
| ACCOUNT NO. <br> **FONDO PERMANENTE DE BECAS** <br> **PO BOX 2010** <br> **CAROLINA, PR 00984-2010** | | | | | | | 6,000.00 |
| ACCOUNT NO. <br> **G MODELS** <br> **AVE ROOSEVELT 210 CALLE UNION** <br> **SAN JUAN, PR 00920** | | | | | | | 600.00 |
| ACCOUNT NO. <br> **GREENBERG** <br> **C/O MADUCA MEDIA** <br> **16 EAST 52 ST** <br> **NEW YORK, NY 10022** | | | LOAN | | | | 225,197.00 |
| ACCOUNT NO. **0715** <br> **GROOM LAW GROUP, CHARTERED** <br> **1701 PENSILVANNIA AVE NW SUITE 1200** <br> **WASHINGTON, DC 20006-5811** | | | SERVICES | | | | 9,472.00 |
| ACCOUNT NO. **2011** <br> **GRUPO PERIODISTICO NDC, CORP** <br> **APARTADO 9023025** <br> **SAN JUAN, PR 00902-3025** | | | SERVICES | | | | 8,400.00 |

Sheet no. **7** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **250,795.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** **CASIANO COMMUNICATIONS, INC**                                   Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **GUILLERMO MARTINEZ** <br> **PO BOX 365051** <br> **SAN JUAN, PR  00936** | | | **LOAN PLUS INTERESTS** | | | | **106,663.00** |
| ACCOUNT NO. **2140** <br> **HORWARTH VELEZ & CO.** <br> **100 CARRETERA 165 SUITE 410** <br> **GUAYNABO, PR  00968-8051** | | | **SERVICES** | | | | **39,750.00** |
| ACCOUNT NO. <br> **INDESSING TRAINING PR** <br> **PMB 243 PO BOX 1345** <br> **TOA ALTA, PR  00954** | | | | | | | **428.00** |
| ACCOUNT NO. <br> **INDUSTRIAL PUBLISHERS, INC.** <br> **LA CUMBRE 273 SIERRA MORENA ST SUITE 501** <br> **SAN JUAN, PR  00926** | | | | | | | **4,466.00** |
| ACCOUNT NO. **347** <br> **INLAND LOGISTICS GROUP LLC** <br> **PO BOX 1527** <br> **CAROLINA, PR  00984-1527** | | | **SERVICE** | | | | **13,150.00** |
| ACCOUNT NO. **0000** <br> **INTERNATIONAL CIRCULATION SERVICES** <br> **2500 MCCLELLAN AVE** <br> **PENNSAUKEN, NJ  08109** | | | **SERVICES** | | | | **58,711.00** |
| ACCOUNT NO. <br> **INVERSIONES RAMARAN, INC.** <br> **PO BOX 9023392** <br> **SAN JUAN, PR  00902-2392** | | | | | | | **5,380.00** |

Sheet no. **8** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **228,548.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** **CASIANO COMMUNICATIONS, INC** _____  Case No. _____
                                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **JORGE DIAZ** <br> PO BOX 191708 <br> SAN JUAN, PR  00902-2392 | | | | | | | 3,060.00 |
| **ACCOUNT NO.** <br> **JOSE NAZARIO** <br> URB COLINAS METROPOLITANAS W16 C CERRILL <br> GUAYNABO, PR  00969 | | | | | | | 300.00 |
| **ACCOUNT NO.** <br> **KIMBERLY CASIANO** <br> URB GARDEN HILLS CORTIJO ALTO GA-5 <br> GUAYNABO, PR  00966 | | | LOAN PLUS INTERESTS | | | | 25,000.00 |
| **ACCOUNT NO.** <br> **KRONE MODELS, LLC** <br> PO BOX 366946 <br> SAN JUAN, PR  00936-7930 | | | | | | | 75.00 |
| **ACCOUNT NO.** <br> **LA PICCOLA FONTANA RISTORANTE** <br> HOTEL SAN JUAN 6063 AVE ISLA VERDE <br> CAROLINA, PR  00979 | | | | | | | 2,055.00 |
| **ACCOUNT NO. 2478** <br> **LEASE OPTION COMPANY, INC.** <br> 355 BALAEARES ST <br> PUERTO NUEVO, PR  00920 | | | SERVICES | | | | 22,487.00 |
| **ACCOUNT NO. 4410** <br> **LEASON ELLIS** <br> ONE BARKER AVE 5TH FLOOR <br> WHITE PLAINS, NY  10601 | | | | | | | 2,776.00 |

Sheet no. __**9**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 55,753.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **CASIANO COMMUNICATIONS, INC**      Case No. _____

        Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2148** <br> **LIGHT GAS FORKLIFT CYLINDER** <br> **PO BOX 1155** <br> **SALINAS, PR 00551** | | | **SERVICES** | | | | **155.00** |
| ACCOUNT NO. <br> **LIKUID TALENT MANAGEMENT** <br> **35 JUAN C BORBON SUITE 67-212** <br> **GUAYNABO, PR 00969-5375** | | | | | | | **125.00** |
| ACCOUNT NO. <br> **LR PRINTING** <br> **PO BOX 9370** <br> **BAYAMON, PR 00960** | | | | | | | **322.00** |
| ACCOUNT NO. **0411** <br> **MAGAZINE PUBLISHERS OF AMERICA** <br> **810 SEVENTH AVE 24TH FLOOR** <br> **NEW YORK, NY 10019** | | | **SERVICES** | | | | **375.00** |
| ACCOUNT NO. <br> **MANUEL A. CASIANO JIMENEZ** <br> **400 WEST 7TH ST** <br> **FREDERICK, MD 21701** | | | **LOAN** | | | | **561,000.00** |
| ACCOUNT NO. <br> **MANUEL CAMANO GONZALEZ** <br> **609 SAN JORGE ST** <br> **SAN JUAN, PR 00909** | | | | | | | **21,120.00** |
| ACCOUNT NO. **CAS** <br> **MDC PRODUCTOS DE LIMPIEZA** <br> **2070 CARR #2** <br> **BAYAMON, PR 00961-4369** | | | **SERVICE** | | | | **1,648.00** |

Sheet no. **10** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **584,745.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **CASIANO COMMUNICATIONS, INC**                           Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ME MEDIA, INC.** <br> **URB MANSIONES DEL PARQUE 129** <br> **CATANO, PR  00969** | | | | | | | 750.00 |
| ACCOUNT NO. <br> **MISC** <br> **PO BOX 11320** <br> **SAN JUAN, PR  00922** | | | SERVICES | | | | 16,882.00 |
| ACCOUNT NO. <br> **MYRNA ESCABI** <br> **705 PARQUE DE LAS FUENTES** <br> **SAN JUAN, PR  00918** | | | | | | | 1,200.00 |
| ACCOUNT NO. **SC01** <br> **NESTOR REYES, INC.** <br> **PO BOX 9023474** <br> **SAN JUAN, PR  00902-3474** | | | SERVICES | | | | 1,100.00 |
| ACCOUNT NO. **IPLE** <br> **NEW CENTURY FINANCE** <br> **PO BOX 191636** <br> **SAN JUAN, PR  00919-1636** | | | LOAN <br><br> **ACCOUNT NUMBERS: 01031000050 / 01030000023 / 01101000090 / 01095000006 / 01006000194** | | | | 70,910.00 |
| ACCOUNT NO. **1824** <br> **OFFICEMAX INC.** <br> **PO BOX 101705** <br> **ATLANTA, GA  30392-1705** | | | CREDIT | | | | 93.00 |
| ACCOUNT NO. **IPLE** <br> **OLIVER EXTERMINATING** <br> **PO BOX 363888** <br> **SAN JUAN, PR  00936-3888** | | | **ACCOUNT NUMBERS 6196500 / 6179400** <br><br> **EXTERMINATING SERVICES** | | | | 130.00 |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **91,065.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**                           Case No. _____
             Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8900** <br> **PITNEY BOWES PUERTO RICO, INC.** <br> PO BOX 11662 <br> SAN JUAN, PR 00922-1662 | | | | | | | 240.00 |
| ACCOUNT NO. **217** <br> **POPULAR AUTO** <br> PO BOX 15011 <br> SAN JUAN, PR 00902-8511 | | | | | | | 5,947.00 |
| ACCOUNT NO. **130** <br> **PUBLISHERS PRESS INCORPORATED** <br> PO BOX 37500 <br> LOUISVILLE, KY 40233 | | | PUBLISHING SERVICES | | | | 1,924,738.00 |
| ACCOUNT NO. <br> **PUERTO RICO DEPARTMENT OF LABOR** <br> Legal Division <br> PO BOX 195540 <br> SAN JUAN, PR 00919-5540 | | | UNEMPLOYMENT PAYMENTS | | | | 64,911.00 |
| ACCOUNT NO. **4323** <br> **PUERTO RICO DUST CONTROL** <br> PO BOX 362048 <br> SAN JUAN, PR 00936-2048 | | | SERVICE | | | | 116.00 |
| ACCOUNT NO. **IPLE** <br> **PUERTO RICO TELEPHONE COMPANY** <br> PO BOX 71535 <br> SAN JUAN, PR 00936-2048 | | | 390411000 AND 713084783 ACCOUNTS | | | | 34,480.00 |
| ACCOUNT NO. <br> **RAFAEL A ROCA** <br> PO BOX 9024072 <br> SAN JUAN, PR 00902-4072 | | | LOAN PLUS INTERESTS | | | | 69,759.00 |

Sheet no. **12** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,100,191.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) – Cont.**

IN RE **CASIANO COMMUNICATIONS, INC**  Case No. _____

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RAFAEL HERNANDEZ COLON**<br>**CALLE SOL #9**<br>**PONCE, PR 00730** | | | | | | | **3,000.00** |
| ACCOUNT NO.<br>**RONALD FLORES**<br>**HC 1 BOX 8245**<br>**GURABO, PR 00778** | | | | | | | **550.00** |
| ACCOUNT NO. **2900**<br>**RR DONNELLEY DE PUERTO RICO**<br>**500 RD 869 SUITE 501**<br>**CATANO, PR 00962-2005** | | | **SERVICE** | | | | **700.00** |
| ACCOUNT NO.<br>**RUBEN LUGO**<br>**151 WEIDMANN CT.**<br>**OLDTAPAN, NJ 07675** | | | **LOAN PLUS INTERESTS** | | | | **200,000.00** |
| ACCOUNT NO.<br>**SANTOS ALONSO**<br>**PO BOX 3389**<br>**MAYAGUEZ, PR 00681-3389** | | | **LOAN PLUS INTERESTS** | | | | **214,641.00** |
| ACCOUNT NO. **O010**<br>**SECURITY GUARD AFFAIRS, CORP.**<br>**PO BOX 3512**<br>**CAROLINA, PR 00984** | | | **SERVICE** | | | | **34,693.00** |
| ACCOUNT NO.<br>**SHERATON PUERTO RICO**<br>**200 CONVENTION BOULEVARD**<br>**SAN JUAN, PR 00907** | | | | | | | **4,000.00** |

Sheet no. **13** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **457,584.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **CASIANO COMMUNICATIONS, INC**                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3093**<br>**STILLMAN FRIEDMAN P.C.**<br>**425 PARK AVENUE**<br>**NEW YORK, NY 10022** | | | SERVICE | | | | 16,957.00 |
| ACCOUNT NO. **4100**<br>**SUPERDESTAPES**<br>**PO BOX 8487 FERNANDEZ JUNCOS STATION**<br>**SAN JUAN, PR 00910** | | | SERVICE | | | | 155.00 |
| ACCOUNT NO.<br>**TEXAS DE BRASIL, SAN JUAN**<br>**200 CONVENTION BOULEVARD**<br>**SAN JUAN, PR 00907** | | | | | | | 4,639.00 |
| ACCOUNT NO. **6351**<br>**THE ASSOCIATED PRESS**<br>**450 W 33 ST 16TH FLOOR**<br>**NEW YORK, NY 10001** | | | SERVICE | | | | 4,640.00 |
| ACCOUNT NO. **526**<br>**THE MEDIA SERVICES GROUP**<br>**12559 PULVER ROAD**<br>**BURLINGTON, WA 98233** | | | MEDIA SERVICES | | | | 64,205.00 |
| ACCOUNT NO. **0164**<br>**THE POWER PLACE, INC.**<br>**PO BOX 2060**<br>**CAROLINA, PR 00984-2060** | | | SERVICE | | | | 1,998.00 |
| ACCOUNT NO. **7999**<br>**TOSHIBA LEADING INNOVATION**<br>**PO BOX 70243**<br>**SAN JUAN, PR 00936-8243** | | | CREDIT | | | | 7,480.00 |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,074.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CASIANO COMMUNICATIONS, INC**      Case No. _____
        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8696** <br><br> **TRIBUNE MEDIA SERVICES INTERNATIONAL 15170 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693** | | | SERVICE | | | | 240.00 |
| ACCOUNT NO. **0010** <br><br> **TRIPLE-S SALUD, INC. PO BOX 363628 SAN JUAN, PR 00936-3628** | | | HEALTH INSURANCE | | | | 26,004.00 |
| ACCOUNT NO. <br><br> **UNICA CENTRO DE REFINAMIENTO EDIF UNICA SUITE 300 CALLE ALDEA 1258 SAN JUAN, PR 00907-2830** | | | | | | | 550.00 |
| ACCOUNT NO. <br><br> **ZAYAS, MORAZZANI & CO. PO BOX 366225 SAN JUAN, PR 00936-6225** | | | | | | | 19,114.00 |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ 45,908.00 |
|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,558,514.21 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **CASIANO COMMUNICATIONS, INC** _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **HORWARTH VELEZ & CO.**<br>**100 CARRETERA 165 SUITE 410**<br>**GUAYNABO, PR  00968-8051** | **AUDITING CONTRACT** |
| **NEW CENTURY FINANCE**<br>**PO BOX 191636**<br>**SAN JUAN, PR  00919-1636** | **LEASING**<br>**OBLIGATION ACQUIRED ON MARCH 1, 2014** |
| **BANCO POPULAR DE PR**<br>**PO BOX 362708**<br>**SAN JUAN, PR  00936-2708** | **WHAREHOUSE LEASING**<br>**OBLIGATION ACQUIRED ON SEPTEMBER 1, 2014 FOR 6 MONTH DURATION**<br>**$2,920 MONTHLY INSTALLMENTS** |
| **LAS BRISAS PROPERTY MANAGEMENT**<br>**308 COLGATE PALMOLIVE METRO OFFICE PARK**<br>**GUAYNABO, PR  00968-0000** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **CASIANO COMMUNICATIONS, INC**       Case No. _____

          Debtor(s)                                          (If known)

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** <u>CASIANO COMMUNICATIONS, INC</u>                                    Case No. _____
Debtor(s)                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
Debtor

Date: _____        Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>**CHAIRMAN & CEO**</u>_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**CASIANO COMMUNICATIONS, INC**</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**47** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 3, 2014**_____        Signature: ***/s/ MANUEL A. CASIANO ASENCIO***_____

**MANUEL A. CASIANO ASENCIO**
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                          Case No. _____

**CASIANO COMMUNICATIONS, INC**                     Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT    SOURCE
   12,041,292.00   2014 GROSS INCOME (FISCAL YEAR)
   14,396,427.00   2013 GROSS INCOME (FISCAL YEAR)
   15,298,787.00   2012 GROSS INCOME (FISCAL YEAR)

---

**2. Income other than from employment or operation of business**

None
☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑  preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☐  who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CARLOS ROMERO BARCELO**<br>**PO BOX 364351**<br>**SAN JUAN, PR  00936-4351** | **1000 - 6/27/2014**<br>**1000 - 7/2/2014**<br>**1000 - 7/10/2014**<br>**1000 - 7/17/2014**<br>**1000 - 7/23/2014**<br>**1000 - 7/31/2014**<br>**1000 - 8/7/2014**<br>**1000 - 8/14/2014**<br>**1000 - 8/21/2014**<br>**1000 - 8/28/2014**<br>**1000 - 9/4/2014**<br>**1000 - 9/18/2014** | **12,000.00** | **13,000.00** |
| **RONALD FLORES**<br>**HC 1 BOX 8245**<br>**GURABO, PR  00778-0000** | **2000 - 6/25/2014**<br>**2000 - 7/2/2014**<br>**550 - 7/10/2014**<br>**2000 - 7/17/2014**<br>**550 - 8/7/2014**<br>**2000 - 8/21/2014**<br>**2000 - 8/28/2014**<br>**2000 - 9/4/2014**<br>**2000 - 9/11/2014**<br>**550 - 9/18/2014** | **15,650.00** | **550.00** |
| **EOS EVENTS, INC.**<br>**50 CALLE PASEO COVADONGA**<br>**SAN JUAN, PR  00901-0000** | **7219.32 - 6/25/2014**<br>**280.68 - 6/25/2014**<br>**7500 - 6/25/2014**<br>**500 - 7/10/2014**<br>**1500 - 8/15/2014**<br>**1500 - 8/21/2014**<br>**1500 - 8/28/2014**<br>**1500 - 9/11/2014** | **21,500.00** | **4,085.00** |
| **BANCO POPULAR DE PR**<br>**CREDIT CARD DIV**<br>**PO BOX 363228**<br>**SAN JUAN, PR  00936-3228** | **5/25/2014**<br>**6/25/2014**<br>**9/2/2014**<br>**9/2/2014**<br>**9/2/2014**<br>**6/25/2014**<br>**9/16/2014** | **6,956.32** | **51,717.00** |
| **CORTELCO SYSTEMS, INC**<br>**PO BOX 5249**<br>**CAGUAS, PR  00726-5249** | **6/27/2014 - 522.77**<br>**7/10/2014**<br>**8/4/2014**<br>**9/4/2014** | **1,945.52** | **4,081.00** |
| **POPULAR AUTO**<br>**PO BOX 15011**<br>**SAN JUAN, PR  00902-8511** | **6/27/14**<br>**7/31/2014**<br>**8/22/2014**<br>**8/28/2014**<br>**9/11/2014** | **8,272.04** | **5,947.00** |
| **SAN JUAN MUNICIPALITY**<br>**P.O. Box 4355** | **6/27/14**<br>**7/8/2014** | **13,264.10** | **5,947.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---:|---:|
| SAN JUAN, PR  00901-0000 | 8/11/2014 | | |
| **BANCO POPULAR DE PR** | 7/1/2014 | 2,364.26 | 21,132.00 |
| **CREDIT CARD DIV** | 7/2/2014 | | |
| **PO BOX 70100** | | | |
| **SAN JUAN, PR  00936-2708** | | | |
| **PUERTO RICO DEPARTMENT OF TREASURY** | 7/2/2014 | 85,679.36 | 2,359,440.00 |
| **Bankruptcy Division** | 7/10/2014 | | |
| **PO BOX 9024140** | 7/31/2014 | | |
| **SAN JUAN, PR  00902-4140** | 8/5/2014 | | |
| | 9/4/2014 | | |
| **ALBACROME** | 7/3/2014 | 25,000.00 | 95,075.00 |
| **AVE BRUJAS, FLEX 1 AREA ECONOMICA ESPECI** | 7/11/2014 | | |
| **PANAMA PACIFICO,** | 7/18/2014 | | |
| | 6/27/2014 | | |
| | 7/24/2014 | | |
| | 8/8/2014 | | |
| | 8/15/2014 | | |
| | 8/22/2014 | | |
| | 8/29/2014 | | |
| | 9/5/2014 | | |
| **CARIBEX WORLDWIDE** | 7/8/2014 | 28,600.00 | 26,459.00 |
| **PO BOX 250460** | 7/15/2014 | | |
| **AGUADILLA, PR  00604-0000** | 7/22/2014 | | |
| | 7/29/2014 | | |
| | 8/12/2014 | | |
| | 8/19/2014 | | |
| | 8/26/2014 | | |
| | 9/2/2014 | | |
| | 9/9/2014 | | |
| | 9/17/2014 | | |
| | 9/23/2014 | | |
| **PUBLISHERS INCORPORATED** | 7/8/2014 | 23,675.09 | 68,161.00 |
| **PO BOX 37500** | 7/17/2014 | | |
| **LOUISVILLE, KY  40233-0000** | 8/19/2014 | | |
| | 8/7/2014 | | |
| | 8/28/2014 | | |
| | 9/17/2014 | | |
| **ASTROMUNDO, INC.** | 7/10/2014 | 1,500.00 | 1,500.00 |
| **352 AVE SAN CLAUDIO SUITE 215** | 9/11/2014 | | |
| **SAN JUAN, PR  00926-0000** | | | |
| **SECURITY GUARD AFFAIRS, CORP.** | 7/10/2014 | 2,018.50 | 34,693.00 |
| **PO BOX 3512** | 8/29/2014 | | |
| **CAROLINA, PR  00984-0000** | | | |
| **THE ASSOCIATED PRESS** | 7/10/2014 | 4,400.00 | 4,640.00 |
| **450 W 33 ST 16TH FLOOR** | 8/14/2014 | | |
| **NEW YORK, NY  10001-0000** | 8/28/2014 | | |
| | 9/18/2014 | | |
| **TOSHIBA LEADING INNOVATION** | 7/10/2014 | 4,929.27 | 7,480.00 |
| **PO BOX 70243** | 7/31/2014 | | |
| **SAN JUAN, PR  00936-8243** | 9/4/2014 | | |
| **TRIBUNE MEDIA SERVICES INTERNATIONAL** | 7/10/2014 | 76.67 | 240.00 |
| **15170 COLLECTIONS CENTER DRIVE** | | | |
| **CHICAGO, IL  60693-0000** | | | |
| **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLAI** | 7/10/2014 | 1,114.88 | 0.00 |
| **PO BOX 70101** | 9/18/2014 | | |
| **SAN JUAN, PR  00936-8101** | | | |
| **AG SECURITY SYSTEMS, INC.** | 7/10/2014 | 1,040.72 | 0.00 |
| **PMB 316  #1353 CARR 19** | 7/31/2014 | | |
| **GUAYNABO, PR  00965-2700** | 9/4/2014 | | |
| **BIRD, BIRD & HESTRESS** | 7/10/2014 | 5,000.00 | 0.00 |
| **PO BOX 9024040** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SAN JUAN, PR  00902-4040

| | | | |
|---|---|---|---|
| FEDERAL EXPRESS CORPORATION<br>PO BOX 371461<br>PITTSBURGH, PA  15250-7461 | 7/10/2014<br>9/4/2014 | 863.73 | 0.00 |
| TRIPLE-S SALUD, INC.<br>PO BOX 363628<br>SAN JUAN, PR  00936-3628 | 7/10/2014<br>8/1/2014<br>8/8/2014<br>9/5/2014 | 41,229.10 | 26,004.00 |
| PUERTO RICO TELEPHONE COMPANY<br>PO BOX 71535<br>SAN JUAN, PR  00936-2048 | 7/21/2014<br>7/24/2014<br>8/21/2014<br>8/18/2014<br>7/31/2014<br>7/24/2014<br>8/25/2014<br>9/11/2014 | 5,920.20 | 34,480.00 |
| AT&T MOBILITY PUERTO RICO<br>PO BOX 70261<br>SAN JUAN, PR  00936-8261 | 7/22/2014<br>7/31/2014<br>8/21/2014<br>9/18/2014 | 43,291.80 | 7,050.00 |
| NEW CENTURY FINANCE<br>PO BOX 191636<br>SAN JUAN, PR  00919-1636 | 7/22/2014<br>8/19/2014 | 28,800.42 | 70,910.00 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>BANKRUPTCY DIV.<br>PO BOX 36358<br>SAN JUAN, PR  00936-3508 | 7/22/2014<br>8/6/2014<br>8/29/2014 | 28,190.00 | 0.00 |
| ELECTRIC SERVICE CORP.<br>PO BOX 191921<br>HATO REY, PR  00919-1921 | 7/22/2014<br>7/31/2014<br>8/7/2014 | 1,166.30 | 5,538.00 |
| ELECTROSERVICIOS ESPECIALIZADOS<br>AVE ESCORIAL 354 CAPARRAHEIGHTS<br>SAN JUAN, PR  00920-0000 | 7/22/2014<br>9/11/2014<br>9/18/2014 | 183.03 | 0.00 |
| COLONIAL PRESS INTERNATIONAL<br>3690 NW 50TH STREET<br>MIAMI, FL  33142-0000 | 7/24/2014<br>8/29/2014 | 2,000.00 | 0.00 |
| LEASE OPTION COMPANY, INC.<br>355 BALAEARES ST<br>PUERTO NUEVO, PR  00920-0000 | 7/24/2014 | 2,603.70 | 0.00 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | 7/29/2014<br>9/2/2014 | 7,267.82 | 0.00 |
| C-G PRINTING<br>CALL BOX 30000 SUITE 5566<br>CANOVANAS, PR  00729-0000 | 7/31/2014<br>9/11/2014<br>9/18/2014 | 4,451.00 | 0.00 |
| ELEVATOR SPECIALTY GROUP, INC.<br>PO BOX 19382<br>SAN JUAN, PR  00910-1382 | 7/31/2014<br>9/11/2014 | 400.00 | 0.00 |
| FACSIMILE PAPER CONN CORP<br>GPO BOX 363122<br>SAN JUAN, PR  00936-0000 | 7/31/2014 | 379.85 | 0.00 |
| MDC PRODUCTOS DE LIMPIEZA<br>2070 CARR #2<br>BAYAMON, PR  00961-4369 | 7/31/2014<br>9/4/2014 | 1,632.21 | 0.00 |
| PUERTO RICO DUST CONTROL<br>PO BOX 362048<br>SAN JUAN, PR  00936-2048 | 7/31/2014<br>9/11/2014 | 230.82 | 0.00 |
| RR DONNELLEY DE PUERTO RICO<br>500 RD 869 SUITE 501 | 7/31/2014<br>9/11/2014 | 255.20 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CATANO, PR  00962-2005

| | | | |
|---|---|---|---|
| GUILLERMO MARTINEZ<br>PO BOX 365051<br>SAN JUAN, PR  00936-0000 | 7/31/2014<br>9/11/2014 | 1,337.12 | 0.00 |
| INVERSIONES RAMARAN, INC.<br>PO BOX 9023392<br>SAN JUAN, PR  00902-2392 | 7/31/2014<br>8/7/2014<br>9/4/2014<br>9/11/2014<br>9/18/2014 | 5,380.00 | 0.00 |
| THE POWER PLACE, INC.<br>PO BOX 2060<br>CAROLINA, PR  00984-2060 | 8/21/2014 | 998.67 | 0.00 |
| ARCHILLA PAPER<br>PO BOX 364253<br>SAN JUAN, PR  00936-4253 | 8/28/2014 | 420.16 | 848.00 |
| DELTA DENTAL<br>METRO OFFICE PARK 14 CALLE 2 SUITE 200<br>GUAYNABO, PR  00968-0000 | 8/28/2014<br>9/18/2014 | 3,414.00 | 0.00 |
| OFFICEMAX INC.<br>PO BOX 101705<br>ATLANTA, GA  30392-1705 | 8/28/2014<br>9/11/2014 | 814.62 | 0.00 |
| GRUPO PERIODISTICO NDC, CORP<br>APARTADO 9023025<br>SAN JUAN, PR  00902-3025 | 9/4/2014<br>9/11/2014 | 800.00 | 0.00 |
| INDUSTRIAL PUBLISHERS, INC.<br>LA CUMBRE 273 SIERRA MORENA ST SUITE 501<br>SAN JUAN, PR  00926-0000 | 9/4/2014<br>9/11/2014 | 1,490.00 | 0.00 |
| MAGAZINE PUBLISHERS OF AMERICA<br>810 SEVENTH AVE 24TH FLOOR<br>NEW YORK, NY  10019-0000 | 9/4/2014<br>9/11/2014<br>9/18/2014 | 1,125.01 | 0.00 |
| UNICA CENTRO DE REFINAMIENTO<br>EDIF UNICA SUITE 300 CALLE ALDEA 1258<br>SAN JUAN, PR  00907-2830 | 9/4/2014 | 100.00 | 0.00 |
| DELL WORLD TRADE LP<br>PO BOX 534118<br>ATLANTA, GA  30353-4118 | 9/11/2014 | 1,763.36 | 0.00 |
| GROOM LAW GROUP, CHARTERED<br>1701 PENSILVANNIA AVE NW SUITE 1200<br>WASHINGTON, DC  20006-5811 | 9/11/2014<br>9/18/2014 | 915.00 | 0.00 |
| SUPERDESTAPES<br>PO BOX 8487 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-0000 | 9/11/2014 | 187.25 | 0.00 |
| G MODELS<br>AVE ROOSEVELT 210 CALLE UNION<br>SAN JUAN, PR  00920-0000 | 9/18/2014 | 200.00 | 0.00 |
| INLAND LOGISTICS GROUP LLC<br>PO BOX 1527<br>CAROLINA, PR  00984-1527 | 9/18/2014 | 3,543.49 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐   bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| AFS MANAGEMENT GROUP INC.<br>H/N/C ATLANTIC FACILITY<br>SERVICES V. CASIANO<br>COMMUNICATIONS H/N/C | COLLECTION OF MONEY | FIRST INSTANCE COURT<br>SAN JUAN COURT | PENDING |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DIRECT RESPONSESOURCE, INC.**

**CASE NUMBER KCM 2014-2994**

| | | | |
|---|---|---|---|
| **AXESA V. CASIANO COMUNICATIONS** | **COLLECTION OF MONEY - RULE 60** | **FIRST INSTANCE COURT SAN JUAN PART** | **PENDING** |
| **CASE NUMBER KCD 2014-1475** | | | |
| **TOMAS RODRIGUEZ CANCEL V. CASIANO COMMUNICATIONS** | **UNLAWFUL TERMINATION** | **FIRST INSTANCE COURT SAN JUAN PART** | **PENDING** |
| **CASE NUMBER KPE 2011-3421** | | | |
| **NYDIA MABEL TOSSAS CORDERO V. CASIANO COMMUNICATIONS, INC.** | **UNLAWFUL TERMINATION** | **FIRST INSTANCE COURT SAN JUAN PART** | **PENDING** |
| **CASE NUMBER KPE 2012-1800** | | | |
| **SHEILAH BLANCO RIVERA V. CASIANO COMMUNICATIONS, INC.** | **UNLAWFUL TERMINATION** | **FIRST INSTANCE COURT SAN JUAN PART** | **PENDING** |
| **CASE NUMBER KPE 2013-5411** | | | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BANCO POPULAR DE PR**<br>**PO BOX 362708**<br>**SAN JUAN, PR 00936-2708** | **FLEXI-CUENTA**<br>**CHECKING ACCOUNT #030-036747** | **DATE OF CLOSING: 7/24/2014**<br>**BALANCE: $0.00** |
| **BANCO POPULAR DE PR**<br>**PO BOX 362708**<br>**SAN JUAN, PR 00936-2708** | **FLEXI-CUENTA**<br>**CHECKING ACCOUNT #030-103266** | **DATE OF CLOSING: 1/31/2014**<br>**BALANCE: $0.00** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sup>None</sup> ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

<sup>None</sup> ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DIRECT RESPONSOURCE, INC.** | | **PO BOX 12130 SAN JUAN, PR  00914-0130** | **Direct ResponSource, Inc. (DRS), established in 1986, has been the pioneer in offering bilingual (English/Spanish) Telemarketing Contact Center and fulfillment services in Puerto Rico, the Caribbean, and the mainland United States, with 24/7/365 service.** **FEDERAL EIN: 66-0535195** | **INCORPORATED ON 1996 UNTIL PRESENT** |

**DEBTOR IS 100% SHAREHOLDER**

<sup>None</sup> ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
**CASIANO COMMUNICATIONS** | **ACCOUNTING DEPARTMENT**
**PO BOX 12130**
**SAN JUAN, PR  00914-0130**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
**HORWARTH VELEZ & CO.** | **FISCAL YEAR 2013-2014**
**100 CARRETERA 165 SUITE 410** | **FISCAL YEAR 2012-2013**
**GUAYNABO, PR  00968-8051**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**KAREN M. GARCIA GARCIA, CPA**
**1 PANORAMA PLAZA SUITE 1112**
**SAN JUAN, PR  00926**

**KAREN NOLLA, CPA**
**425 CARR 693 PMB 204**
**DORADO, PR  00646-4802**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS | DATE ISSUED
**ORIENTAL BANK**
**PO BOX 195115**
**SAN JUAN, PR  00919-5115**

**BANCO DE DESARROLLO ECONOMICO DE PR**
**PO BOX 2134**
**SAN JUAN, PR  00922-2134**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **MANUEL A. CASIANO**<br>**PO BOX 12130**<br>**SAN JUAN, PR  00914-0130** | **BOARD OF DIRECTORS**<br>**PRESIDENT & CHAIRMAN OF THE BOARD /**<br>**CHIEF EXECUTIVE OFFICER**<br>**SHAREHOLDER** | **56.100000** |
| **NORA A. CASIANO**<br>**PO BOX 12130**<br>**SAN JUAN, PR  00914-0130** | **BOARD OF DIRECTORS**<br>**VICE PRESIDENT & BUSINESS MANAGER /**<br>**SECRETARY** | **0.000000** |
| **JAIME RAMON**<br>**URB SAN FRANCISCO 168 VIOLETA ST**<br>**SAN JUAN, PR  00927-0000** | **MEMBER OF BOARD OF DIRECTORS /**<br>**SHAREHOLDER**<br>**REPRESENTED BY JOSE RAMON** | **6.080000** |
| **BETTEROADS ASPHALT CORP.**<br>**PO BOX 21420**<br>**SAN JUAN, PR  00928-0000** | **MEMBER OF BOARD OF DIRECTORS**<br>**SHAREHOLDER**<br>**REPRESENTED BY ARTURO DIAZ, ESQ. AND** | **8.530000** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

JORGE L. DIAZ

| | | |
|---|---|---|
| WAFRA ACQUISITION FUND 13, LP<br>345 PARK AVENUE 41ST FLOOR<br>NEW YORK, NY  10154-0101 | MEMBER OF BOARD OF DIRECTORS /<br>REPRESENTED BY PETER PETRILLO,<br>SENIOR MANAGING DIRECTOR OF WAFRA<br>ACQUISITION FUND 13, LP / SHAREHOLDER | 18.000000 |
| EMILIO PINERO<br>PO BOX 13614<br>SAN JUAN, PR  00908-0000 | MEMBER OF BOARD OF DIRECTORS | 0.000000 |
| CARLOS ROM<br>PO BOX 12130<br>SAN JUAN, PR  00914-0130 | EXECUTIVE VICE PRESIDENT | 0.000000 |
| GLENDALY HERNANDEZ<br>PO BOX 12130<br>SAN JUAN, PR  00914-0130 | VICE PRESIDENT, SPECIAL ASSISTANT TO<br>THE CHAIRMAN | 0.000000 |
| MANOLY PONCE<br>PO BOX 12130<br>SAN JUAN, PR  00914-0130 | SENIOR VICE PRESIDENT, SALES | 0.000000 |
| PETER A. NOBLE<br>3032 LUCERNE PARK DRIVE<br>GREENACRES, FL  33467-0000 | SHAREHOLDER | 2.800000 |
| ANA C. NOBLE<br>3032 LUCERNE PARK DRIVE<br>GREENACRES, FL  33467-0000 | SHAREHOLDER | 2.800000 |
| PARKVIEW REALTY<br>PO BOX 9065901<br>SAN JUAN, PR  00909-5901 | SHAREHOLDER AND MEMBER OF THE<br>BOARD OF DIRECTORS<br>REPRESENTED BY MANUEL MORALES JR. | 2.170000 |
| KIMBERLY CASIANO<br>1700 AVE. FERNANDEZ JUNCOS<br>SAN JUAN, PR  00909-0000 | SHAREHOLDER | 2.170000 |
| ARA INTERNATIONAL CORP.<br>PO BOX 9986<br>SAN JUAN, PR  00908-9986 | SHAREHOLDER<br>REPRESENTED BY ALBERTO VIZCARRONDO | 0.830000 |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| KAREN M. GARCIA GARCIA, CPA<br>1 PANORAMA PLAZA SUITE 1112<br>SAN JUAN, PR  00926 | COMPTROLLER | 5/21/2014 |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑   has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  3, 2014**          Signature: ***/s/ MANUEL A. CASIANO ASENCIO***

**MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                      Case No. _____

CASIANO COMMUNICATIONS, INC _____   Chapter **11** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**325.00/hr**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**30,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
    **$1,717.00 WERE RECEIVED FROM THE DEBTOR TO COVER THE BANKRUPTCY FILING FEES**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October  3, 2014**_____                    **/s/ Gerardo A. Carlo Altieri**
                Date                                     **Gerardo A. Carlo Altieri 112009**
                                                        **G.A. Carlo-Altieri & Associates**
                                                        **254 Calle De San Jose, Third Floor**
                                                        **San Juan, PR  00901**
                                                        **(787) 919-0026  Fax: (787) 919-0527**
                                                        **gaclegal@gmail.com**

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form B 201A, Notice to Consumer Debtor(s)                                                                    Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                Case No. _____

CASIANO COMMUNICATIONS, INC _____   Chapter **11** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October  3, 2014** _____   Signature: *__/s/ MANUEL A. CASIANO ASENCIO__*
                                        **MANUEL A. CASIANO ASENCIO, CHAIRMAN & CEO**          Debtor


Date: _____   Signature: _____
                                                                   Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CASIANO COMMUNICATIONS, INC
PO BOX 12130
SAN JUAN, PR  00914-0130

ALLIED WASTE SERVICES
PO BOX 51986
TOA BAJA, PR  00950-1986

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR  00936-2708

G.A. Carlo-Altieri & Associates
254 Calle De San Jose, Third Floor
San Juan, PR  00901

ARCHILLA PAPER
PO BOX 364253
SAN JUAN, PR  00936-4253

BIRD, BIRD & HESTRESS
PO BOX 9024040
SAN JUAN, PR  00902-4040

360 GROUP DESIGN
PMB 1362 #35 JUAN C BORBON #67
GUAYNABO, PR  00969

ASTROMUNDO, INC.
352 AVE SAN CLAUDIO SUITE 215
SAN JUAN, PR  00926

C-G PRINTING
CALL BOX 30000 SUITE 5566
CANOVANAS, PR  00729

ACCPAC INTERNATIONAL
SAGE SOFTWARE, INC
PO BOX 60000
SAN FRANCISCO, CA  94160

AT&T MOBILITY PUERTO RICO
PO BOX 70261
SAN JUAN, PR  00936-8261

CAMARA DE COMERCIO DE PUERTO RICO
PO BOX 9024033
SAN JUAN, PR  00902-4033

ADVERTISING DEVELOPERS
URB JB HUYKE 373 AVE HOSTOS
SAN JUAN, PR  00918-2321

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADO
PO BOX 70101
SAN JUAN, PR  00936-8101

CARIBBEAN INTERNET
PO BOX 11278
SAN JUAN, PR  00910

AG SECURITY SYSTEMS, INC.
PMB 316 #1353 CARR 19
GUAYNABO, PR  00965-2700

AUTORIDAD DE ENERGIA ELECTRICA
BANKRUPTCY DIV.
PO BOX 36358
SAN JUAN, PR  00936-3508

CARIBBEAN MANAGEMENT, LLC
8167 NW 84TH ST
MEDLEY, FL  33166

AIDA MARQUEZ
PO BOX 363573
SAN JUAN, PR  00936-3573

AVCO THE AUDIOVISUAL COMPANY
LE MANS OFFICE BLDG SUITE 702 MUNOZ
RIVE
SAN JUAN, PR  00918

CARIBEX WORLDWIDE
PO BOX 250460
AGUADILLA, PR  00604

ALBACROME
Vipsal 2621
PO BOX 025364
MIAMI, FL  33102-5364

BAHIA URBANA
PO BOX 191638
SAN JUAN, PR  00919-1638

CARLOS ROMERO BARCELO
PO BOX 364351
SAN JUAN, PR  00936-4351

ALBACROME
AVE BRUJAS, FLEX 1 AREA ECONOMICA
ESPECI
PANAMA PACIFICO,

BANCO POPULAR DE PR
CREDIT CARD DIV
PO BOX 363228
SAN JUAN, PR  00936-3228

COLONIAL PRESS INTERNATIONAL
3690 NW 50TH STREET
MIAMI, FL  33142

ALLIED CAR & TRUCK RENTAL
10200 CALLE CELESTIAL
CAROLINA, PR  00979

BANCO POPULAR DE PR
CREDIT CARD DIV
PO BOX 70100
SAN JUAN, PR  00936-7100

CORTELCO SYSTEMS, INC
PO BOX 5249
CAGUAS, PR  00726-5249

**CORTES INDUSTRIAL ORGANIZATION**
PO BOX 41264
SAN JUAN, PR  00940

**CRIM**
PO BOX 195387
SAN JUAN, PR  00919-5387

**DAMARIS BLOOM**
PO BOX 11320
SAN JUAN, PR  00922

**DELL WORLD TRADE LP**
PO BOX 534118
ATLANTA, GA  30353-4118

**DELTA DENTAL**
METRO OFFICE PARK 14 CALLE 2 SUITE 200
GUAYNABO, PR  00968

**EDITORA DE REVISTAS, S.A.**
CALLE PASEO DE LOS PERIODISTAS #52
SANTO DOMINGO, RD,

**ELECTRA WHAREHOUSE**
4 VIEQUES ST
HATO REY, PR  00917

**ELECTRIC SERVICE CORP.**
PO BOX 191921
HATO REY, PR  00919-1921

**ELECTROSERVICIOS ESPECIALIZADOS**
AVE ESCORIAL 354 CAPARRAHEIGHTS
SAN JUAN, PR  00920

**ELEMENT**
CALLE 18 SE #807 CAPARRA TERRACE
SAN JUAN, PR  00921

**ELEVATOR SPECIALTY GROUP, INC.**
PO BOX 19382
SAN JUAN, PR  00910-1382

**EMILIO E PINERO FERRER**
PO BOX 13614
SAN JUAN, PR  00908

**EMPRESAS STEWART**
PO BOX 11187
SANTURCE, PR  00910-2287

**EOS EVENTS, INC.**
50 CALLE PASEO COVADONGA
SAN JUAN, PR  00901

**EPIC MODELS INC.**
D-7 CALLE MIRAMONTES LOS FRAILES
GUAYNABO, PR  00969

**FACSIMILE PAPER CONN CORP**
GPO BOX 363122
SAN JUAN, PR  00936

**FEDERAL EXPRESS CORPORATION**
PO BOX 371461
PITTSBURG, PA  15250-7461

**FONDO PERMANENTE DE BECAS**
PO BOX 2010
CAROLINA, PR  00984-2010

**G MODELS**
AVE ROOSEVELT 210 CALLE UNION
SAN JUAN, PR  00920

**GREENBERG**
C/O MADUCA MEDIA
16 EAST 52 ST
NEW YORK, NY  10022

**GROOM LAW GROUP, CHARTERED**
1701 PENSILVANNIA AVE NW SUITE 1200
WASHINGTON, DC  20006-5811

**GRUPO PERIODISTICO NDC, CORP**
APARTADO 9023025
SAN JUAN, PR  00902-3025

**GUILLERMO MARTINEZ**
PO BOX 365051
SAN JUAN, PR  00936

**HORWARTH VELEZ & CO.**
100 CARRETERA 165 SUITE 410
GUAYNABO, PR  00968-8051

**INDESSING TRAINING PR**
PMB 243 PO BOX 1345
TOA ALTA, PR  00954

**INDUSTRIAL PUBLISHERS, INC.**
LA CUMBRE 273 SIERRA MORENA ST
SUITE 501
SAN JUAN, PR  00926

**INLAND LOGISTICS GROUP LLC**
PO BOX 1527
CAROLINA, PR  00984-1527

**INTERNAL REVENUE SERVICE**
Bankruptcy Division
CITY VIEW PLAZA II Bldg. #48, CARR 165
GUAYNABO, PR  00968-8000

**INTERNATIONAL CIRCULATION SERVICES**
2500 MCCLELLAN AVE
PENNSAUKEN, NJ  08109

**INVERSIONES RAMARAN, INC.**
PO BOX 9023392
SAN JUAN, PR  00902-2392

JORGE DIAZ
PO BOX 191708
SAN JUAN, PR 00902-2392

LR PRINTING
PO BOX 9370
BAYAMON, PR 00960

OFFICEMAX INC.
PO BOX 101705
ATLANTA, GA 30392-1705

JOSE NAZARIO
URB COLINAS METROPOLITANAS W16 C
CERRILL
GUAYNABO, PR 00969

MAGAZINE PUBLISHERS OF AMERICA
810 SEVENTH AVE 24TH FLOOR
NEW YORK, NY 10019

OLIVER EXTERMINATING
PO BOX 363888
SAN JUAN, PR 00936-3888

KIMBERLY CASIANO
URB GARDEN HILLS CORTIJO ALTO GA-5
GUAYNABO, PR 00966

MANUEL A. CASIANO JIMENEZ
400 WEST 7TH ST
FREDERICK, MD 21701

PITNEY BOWES PUERTO RICO, INC.
PO BOX 11662
SAN JUAN, PR 00922-1662

KRONE MODELS, LLC
PO BOX 366946
SAN JUAN, PR 00936-7930

MANUEL CAMANO GONZALEZ
609 SAN JORGE ST
SAN JUAN, PR 00909

POPULAR AUTO
PO BOX 15011
SAN JUAN, PR 00902-8511

LA PICCOLA FONTANA RISTORANTE
HOTEL SAN JUAN 6063 AVE ISLA VERDE
CAROLINA, PR 00979

MDC PRODUCTOS DE LIMPIEZA
2070 CARR #2
BAYAMON, PR 00961-4369

PUBLISHERS PRESS INCORPORATED
PO BOX 37500
LOUISVILLE, KY 40233

LAS BRISAS PROPERTY MANAGEMENT
308 COLGATE PALMOLIVE METRO OFFICE
PARK
GUAYNABO, PR 00968-0000

ME MEDIA, INC.
URB MANSIONES DEL PARQUE 129
CATANO, PR 00969

PUERTO RICO DEPARTMENT OF LABOR
Legal Division
PO BOX 195540
SAN JUAN, PR 00919-5540

LEASE OPTION COMPANY, INC.
355 BALAEARES ST
PUERTO NUEVO, PR 00920

MISC
PO BOX 11320
SAN JUAN, PR 00922

PUERTO RICO DEPARTMENT OF
TREASURY
Bankruptcy Division
PO BOX 9024140
SAN JUAN, PR 00902-4140

LEASON ELLIS
ONE BARKER AVE 5TH FLOOR
WHITE PLAINS, NY 10601

MYRNA ESCABI
705 PARQUE DE LAS FUENTES
SAN JUAN, PR 00918

PUERTO RICO DUST CONTROL
PO BOX 362048
SAN JUAN, PR 00936-2048

LIGHT GAS FORKLIFT CYLINDER
PO BOX 1155
SALINAS, PR 00551

NESTOR REYES, INC.
PO BOX 9023474
SAN JUAN, PR 00902-3474

PUERTO RICO TELEPHONE COMPANY
PO BOX 71535
SAN JUAN, PR 00936-2048

LIKUID TALENT MANAGEMENT
35 JUAN C BORBON SUITE 67-212
GUAYNABO, PR 00969-5375

NEW CENTURY FINANCE
PO BOX 191636
SAN JUAN, PR 00919-1636

RAFAEL A ROCA
PO BOX 9024072
SAN JUAN, PR 00902-4072

RAFAEL HERNANDEZ COLON
CALLE SOL #9
PONCE, PR  00730

TEXAS DE BRASIL, SAN JUAN
200 CONVENTION BOULEVARD
SAN JUAN, PR  00907

RONALD FLORES
HC 1 BOX 8245
GURABO, PR  00778

THE ASSOCIATED PRESS
450 W 33 ST 16TH FLOOR
NEW YORK, NY  10001

RR DONNELLEY DE PUERTO RICO
500 RD 869 SUITE 501
CATANO, PR  00962-2005

THE MEDIA SERVICES GROUP
12559 PULVER ROAD
BURLINGTON, WA  98233

RUBEN LUGO
151 WEIDMANN CT.
OLDTAPAN, NJ  07675

THE POWER PLACE, INC.
PO BOX 2060
CAROLINA, PR  00984-2060

SAN JUAN MUNICIPALITY
P.O. Box 4355
SAN JUAN, PR  00901

TOSHIBA LEADING INNOVATION
PO BOX 70243
SAN JUAN, PR  00936-8243

SANTOS ALONSO
PO BOX 3389
MAYAGUEZ, PR  00681-3389

TRIBUNE MEDIA SERVICES
INTERNATIONAL
15170 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

SECURITY GUARD AFFAIRS, CORP.
PO BOX 3512
CAROLINA, PR  00984

TRIPLE-S SALUD, INC.
PO BOX 363628
SAN JUAN, PR  00936-3628

SHERATON PUERTO RICO
200 CONVENTION BOULEVARD
SAN JUAN, PR  00907

UNICA CENTRO DE REFINAMIENTO
EDIF UNICA SUITE 300 CALLE ALDEA 1258
SAN JUAN, PR  00907-2830

STILLMAN FRIEDMAN P.C.
425 PARK AVENUE
NEW YORK, NY  10022

ZAYAS, MORAZZANI & CO.
PO BOX 366225
SAN JUAN, PR  00936-6225

SUPERDESTAPES
PO BOX 8487 FERNANDEZ JUNCOS
STATION
SAN JUAN, PR  00910

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                    Case No. _____

**CASIANO COMMUNICATIONS, INC** _____          Chapter **11** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                 the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**CASIANO COMMUNICATIONS, INC** _____          **X** */s/ MANUEL A. CASIANO ASENCIO*          10/03/2014
Printed Name(s) of Debtor(s)                                             Signature of Debtor                    Date

Case No. (if known) _____          **X** _____
                                                                         Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only