IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DIRECT RESPONSOURCE, INC., | : | Case No. 14-8256 (BKT) |
| | : | |
| Debtor | : | Chapter 11 |
| _____ | : | |
| | : | |
| CASIANO COMMUNICATIONS, INC., | : | Case No. 14-8258 (ESL) |
| | : | |
| Debtor | : | Chapter 11 |
| _____ | : | |

**MOTION FOR JOINT ADMINISTRATION**

**TO THE HONORABLE COURT:**

**COMES NOW** Direct Responsource, Inc. ("DRS") and Casiano Communications, Inc. ("Casiano"), debtors in the captioned cases, through the undersigned counsel, respectfully requesting the joint administration of their bankruptcy cases pursuant to LBR 1015-1. In fact, DRS is a subsidiary of Casiano and the two have a common majority shareholder and management, as well as some creditor overlap.

DRS and Casiano will provide such notice of this motion as the Court directs as LBR 1015-1 differentiates between "Joint Administration" and "Substantive Consolidation" and only specifically requires service of a motion for consolidation. If the Court directs that notice be given, DRS and Casiano request that it be limited to secured creditors, governmental entities and the twenty (20) largest unsecured creditors.

1

**WHEREFORE**, DRS and Casiano respectfully request that the Court order that these cases be jointly administered and that if notice of this motion is required, that the Court limit such notice to secured creditors, governmental entities and the twenty largest unsecured creditors.

**CERTIFICATE OF SERVICE:** It is hereby certified that on this same date, a true copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the U.S. Trustee.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 4th day of October 2014.

**G.A. Carlo-Altieri & Associates**
254 San Jose St., Third Floor,
San Juan, Puerto Rico 00901
Phone: (787) 919-0026
Fax: (787) 919-0527

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
Phone: (787)370-0255
E-mail: Loomislegal@gmail.com